UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 10 2022

BY
DEPUTY _____

TYVANCE BLACK, )
)
        Plaintiff, )
)
v. )
)
I.C. SYSTEM, INC, )
)
        Defendant. )

CIVIL ACTION

Case No. 9:22cv5 MT-ZH

**COMPLAINT**

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff TYVANCE BLACK ("Plaintiff"), an individual consumer, against Defendant I.C. SYSTEM, INC ("Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION

2. This is a civil action to enforce liability created under the FDCPA.

3. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d).

4. Jurisdiction of this court arises under 28 U.S.C. § 1337(a).

## VENUE

5. Defendant is an "artificial" person.

6. Defendant is domiciled in RAMSEY County, MINNESOTA.

7. Defendant resides in RAMSEY County, MINNESOTA.

8. Venue in this court is proper under"28 U.S.C. § 1391(b)(1)".

9. A substantial part of the events or omissions giving rise to Plaintiff's claim herein occurred in this judicial district.

10. Venue is this court is proper under "28 U.S.C. § 1391(b)(1)" .

## PARTIES

11. Plaintiff is a natural person.

12. Plaintiff is allegedly obligated to pay an alleged $7,461 debt to Defendant.

13. I.C. SYSTEM, INC is NOT registered with the TEXAS Secretary of State.

14. I.C. SYSTEM, INC's office address is 444 Hwy 96 E, St Paul, MN 55127.

15. Plaintiff resides in ANGELINA County, TEXAS.

16. Plaintiff is a "consumer" as defined under 15 U.S.C. § 1692a(3).

17. Defendant is engaged in the business of collecting debt in this state with his principal place of business located at 444 Hwy 96 E, St Paul, MN 55127.

18. Defendant's principal business includes the collection of debts in this state.

19. Defendant regularly attempts to collect debts alleged to be due another.

20. Defendants is engaged in the collection of debts using one or more instrumentalities of interstate commerce or the mails, including civil litigation.

21. Defendant's website is www.icsystem.com.

22. According to Defendant's website, Defendant has accounts receivable management firm .

23. According to Defendant's website, Defendant is a debt collector.

24. Defendant is a "debt collector" as defined under 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

25. On 2021, Defendant sent Plaintiff a dunning letter attempting to collect $ 7,461.

26. Defendant sent the dunning letter to Plaintiff via United States Postal Service regular mail on or about 2021.

27. On 2021, Plaintiff received the dunning letter from Defendant via United States Postal Service regular mail at Plaintiff's residence in Lufkin, TEXAS.

28. The subject alleged debt that Defendant was and is attempting to collection from Plaintiff was allegedly incurred for personal, family, or household purposes.

29. Defendant has further attempted to collect the alleged debt from Plaintiff by reporting the alleged debt to consumer reporting agencies instructing and causing consumer reporting agencies to publish the alleged debt in consumer reports concerning Plaintiff.

30. Defendant caused the alleged debt to be on Plaintiff's consumer reports.

31. Plaintiff is not indebted to Defendant for $ 7,461.

32. Plaintiff is not indebted to non-party SPRINT or Defendant for $7,461.

33. Plaintiff has not promised to pay non-party SPRINT or Defendant $ 7,461.

34. Plaintiff has not consented to or entered into any contract with non-party SPRINT or Defendant promising to pay it $ 7,461.

## CLAIM FOR RELIEF

35. Plaintiff realleges and incorporates the foregoing paragraphs verbatim.

36. Defendant violated the FDCPA as to its conduct toward Plaintiff.

37. Defendant's FDCPA violations include, but are not limited to:

   a. Engaging in collection activity to harass, oppress, or abuse Plaintiff in connection with the collection of an alleged debt of approximately $ 7,461 in violation of 15 U.S.C. § 1692d;

    b. Falsely representing the character, amount, or legal status of an alleged debt of approximately $ 7,461 in violation of 15 U.S.C. § 1692e(2)(A);

    c. Using false representation or deceptive means via its collection activity and dunning letter(s) or credit reporting to collect or attempt to collect an alleged debt of $ 7,461 from Plaintiff in violation of 15 U.S.C. § 1692e(10);

    d. Failing to disclose in communications from Defendant to Plaintiff that the communication is from a debt collector in violation of 15 U.S.C. § 1692e(11);

    e. Attempting to collect $ 7461 from Plaintiff when such amount is not expressly authorized by law or any agreement creating the amount;

38. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

    a. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

    b. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    c. Costs pursuant to 15 U.S.C. § 1692k(a)(3); and

    d. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/TYVANCE BLACK

Dated:     12/15/2021

TYVANCE BLACK  
902 Culverhouse  
Lufkin, Texas 75904  
Email: startanew163@gmail.com  
PLAINTIFF (*pro se*)

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action if so triable.

Respectfully submitted,

/s/ TYVANCE BLACK

Dated: 12/15/2021

Tyvance Black
902 Culverhouse St
Lufkin, Texas 75904

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
1127
DEC 28, 21
AMOUNT
$5.11
R2304H109225-6

75901

U.S. District Court
104 N 3rd St
Lufkin, TX 75901
Attn: Pro Se Dept



AFSM 6 N Hou 773
WED 05 JAN 2022 AM

CERTIFIED MAIL