IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TYVANCE BLACK, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 9:22-CV-00005 |
| | § | |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| I.C. SYSTEM, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is referred to Magistrate Judge Zack Hawthorn for pretrial management under a standing order. On January 10, 2022, *pro se* Plaintiff Tyvance Black filed his *Complaint* against Defendant I.C. System, Inc., but he neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. *See* [Dkt. 1]. Two days later, Judge Hawthorn ordered Black to pay the filing fee or move to proceed *in forma pauperis* within thirty days. [Dkt. 2]. Judge Hawthorn warned that failure to do so would result in dismissal of this action for want of prosecution. *Id*. Thirty days passed, and Black neither paid the filing fee nor moved to proceed *in forma pauperis*. Accordingly, on February 18, 2022, Judge Hawthorn recommended dismissing this case *sua sponte* for want of prosecution. [Dkt. 4]. No objections to Judge Hawthorn's Report and Recommendation have been filed, and the time for doing so has passed.

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation [Dkt. 4] is ACCEPTED. Accordingly, it is ORDERED that Plaintiff Tyvance Black take nothing, and the case is DISMISSED. The clerk of Court is directed to close this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 17th day of March, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge